**95–1930. State ex rel. Peterson v. Fulley.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of

procedendo.  Upon consideration of respondent's motion to dismiss,

IT IS ORDERED by the court that the motion to dismiss be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.